OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711



**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

PRESORTED FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78711 $ 000.27⁵
0001401603 JUN 03. 2015.

6/3/2015
**ELLER, NATHAN RAY    Tr. Ct. No. W13-44914-Y (A)                    WR-83,051-01**
On this day, the application for writ of habeas corpus is dismissed as moot.

Abel Acosta, Clerk

Discharged

NATHAN RAY ELLER
HUTCHINS UNIT - TDC # 1970806
1500 E. LANGDON RD.